**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  **v.**                                     **Case No. 10-CR-47**

**JAMAL CRONIN,**
        **Defendant.**

---

## SCHEDULING ORDER

Defendant Jamal Cronin asks for early termination of his supervised release. The district court is authorized to grant early termination of supervised release if: (1) the defendant has served at least one year of supervision; (2) the government is given notice and an opportunity to be heard; and (3) termination is in the interest of justice based on the defendant's conduct and the sentencing factors under 18 U.S.C. § 3553(a). See 18 U.S.C. § 3583(e)(1); United States v. Medina, 17 F. Supp. 2d 245, 245-46 (S.D.N.Y. 1998).

**IT IS ORDERED** that the government file a response to the request on or before **April 8, 2014**.

Dated at Milwaukee, Wisconsin, this 25th day of March, 2014.

                                              /s Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge